# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:20−cv−00816−MHH

KGS Steel Inc v. McCandless et al
Assigned to: Judge Madeline Hughes Haikala
Cause: 28:1332 Diversity−Fraud

Date Filed: 06/09/2020
Date Terminated: 10/22/2020
Jury Demand: Both
Nature of Suit: 370 Other Fraud
Jurisdiction: Diversity

**Plaintiff**

**KGS Steel Inc**     represented by     **Craig L Lowell**
WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB
301 19th Street North
The Kress Building
Birmingham, AL 35203−3204
205−314−0500
Fax: 205−314−0718
Email: clowell@wigginschilds.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C Skinner**
DAVID C SKINNER LLC
1025 23rd Street South, Ste. 103
Birmingham, AL 35205
205−871−9566
Fax: 205−871−9562
Email: david@skinnerlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick L Pantazis**
WIGGINS, CHILDS, PANTAZIS, FISHER, & GOLDFARB, LLC
301 19th St. N
Birmingham, AL 35203
205−314−0639
Fax: 205−314−0739
Email: ppantazis@wigginschilds.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Houston McCandless**     represented by     **Lance Leroy Goodson , Jr**
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, AL 35203
205−521−0036

Fax: 205-521-0037
Email: lgoodson@badhambuck.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Corley**
WHITTELSEY & CORLEY, PC
600 Avenue A
P O Box 106
Opelika, AL 36801
334-745-7766
Fax: 334-745-7666
Email: jcorley@wwp-law.com
*ATTORNEY TO BE NOTICED*

**Sam David Knight**
BADHAM & BUCK, LLC
2001 Park Place North
Suite 500
Birmingham, AL 35203
205-521-0036
Fax: 205-521-0037
Email: sdknight@badhambuck.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Randall A Duke** represented by **Barry A Ragsdale**
SIROTE & PERMUTT PC
2311 Highland Avenue South
P O Box 55727
Birmingham, AL 35255-5727
205-930-5100
Fax: 205-212-2932
Email: bragsdale@sirote.com
*ATTORNEY TO BE NOTICED*

**Christina RB Lopez**
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
615-850-6819
Fax: 615-742-4539
Email: clopez@srvhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael G Abelow**
Sherrard Roe Voigt & Harbison, PLC
150 3rd Avenue South
Suite 1100
Nashville, TN 37201
615-742-4532
Fax: 615-742-4539

Email: mabelow@srvhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas B Humphries**
SIROTE & PERMUTT PC
2311 Highland Avenue
Birmingham, AL 35205
205−930−5331
Email: thumphries@sirote.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bentley Steel Inc** represented by **John S Johnson**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North
Suite 400
Birmingham, AL 35203
205−324−4400
Fax: 205−397−1307
Email: jjohnson@handarendall.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Houston McCandless** represented by **Lance Leroy Goodson , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sam David Knight**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Gaston Stein** represented by **Craig L Lowell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Houston McCandless** represented by **Lance Leroy Goodson , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sam David Knight**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

KGS Steel Inc     represented by     **Craig L Lowell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David C Skinner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick L Pantazis**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2020 | Ï 1 | COMPLAINT against Bentley Steel Inc, Randall A Duke, Houston McCandless, filed by KGS Steel Inc.(KEK) (Entered: 06/09/2020) |
| 06/10/2020 | Ï | Filing Fee: Filing fee $ 400, receipt_number 1126–3606942 (ALND B4601106484) related document 1 COMPLAINT against Bentley Steel Inc, Randall A Duke, Houston McCandless, filed by KGS Steel Inc.(KEK). (Lowell, Craig) Modified on 6/10/2020 (KEK). (Entered: 06/10/2020) |
| 06/16/2020 | Ï 2 | INITIAL ORDER. Signed by Judge Madeline Hughes Haikala on 8/16/2020. (KEK) (Entered: 06/16/2020) |
| 06/18/2020 | Ï 3 | Request for service by certified mail filed by KGS Steel Inc. (Lowell, Craig) (Entered: 06/18/2020) |
| 06/19/2020 | Ï 4 | Summons Issued as to Bentley Steel Inc, Randall A Duke. Sent via certified mail. (KEK) (Entered: 06/19/2020) |
| 06/24/2020 | Ï 5 | Summons Issued as to Houston McCandless. Sent via certified mail. (KEK) (Entered: 06/24/2020) |
| 06/25/2020 | Ï 6 | SUMMONS Returned Executed by KGS Steel Inc. Randall A Duke served on 6/22/2020, answer due 7/13/2020. (KEK) (Entered: 06/25/2020) |
| 06/26/2020 | Ï 7 | SUMMONS Returned Executed by KGS Steel Inc. Bentley Steel Inc served (no date on green card). (KEK) (Entered: 06/26/2020) |
| 07/08/2020 | Ï 8 | SUMMONS Returned Executed by KGS Steel Inc. Houston McCandless served on 7/3/2020, answer due 7/24/2020. (KEK) (Entered: 07/08/2020) |
| 07/10/2020 | Ï 9 | MOTION for Extension of Time to File Answer re 1 Complaint by Bentley Steel Inc. (Johnson, John) (Entered: 07/10/2020) |
| 07/13/2020 | Ï 10 | TEXT ORDER: The Court grants defendant's unopposed motion for extension of time. (Doc. 9 ). Defendant Bentley Steel, Inc. shall respond to the Complaint on or before 7/29/2020. Signed by Judge Madeline Hughes Haikala on 7/13/2020. (YMB) (Entered: 07/13/2020) |
| 07/24/2020 | Ï 11 | ANSWER to 1 Complaint with Jury Demand , THIRD PARTY COMPLAINT against Gaston Stein, COUNTERCLAIM against KGS Steel Inc by Houston McCandless.(Knight, Sam) (Entered: 07/24/2020) |

| 07/27/2020 | 12 | NOTICE of Appearance by Jonathan Corley on behalf of Houston McCandless (Corley, Jonathan) (Entered: 07/27/2020) |
|---|---|---|
| 07/29/2020 | 13 | NOTICE of Appearance by Patrick L Pantazis on behalf of KGS Steel Inc (Pantazis, Patrick) (Entered: 07/29/2020) |
| 07/29/2020 | 14 | MOTION to Dismiss for Lack of Jurisdiction by Bentley Steel Inc. (Attachments: # 1 Exhibit 1)(Johnson, John) (Entered: 07/29/2020) |
| 07/30/2020 | 15 | TEXT ORDER: Bentley Steel, Inc. moves to dismiss for lack of personal jurisdiction under Rule 12(b)(2). (Doc. 14 ). On or before August 12, 2020, KGS Steel, Inc. shall file a response; Bentley Steel may file a reply on or before August 19, 2020. Signed by Judge Madeline Hughes Haikala on 7/30/2020. (KEK) (Entered: 07/30/2020) |
| 08/10/2020 | 16 | Unopposed MOTION for Extension of Time to File Response/Reply as to 11 Answer to Complaint, Third Party Complaint, Counterclaim by KGS Steel Inc, Gaston Stein. (Lowell, Craig) (Entered: 08/10/2020) |
| 08/11/2020 | 17 | TEXT ORDER: The Court grant the parties' unopposed motion for extension of time. (Doc. 16 ). KGS Steel Inc. and Gaston Stein are allowed an additional 14 days to file an Answer to the Counterclaim and Third−Party Complaint. Signed by Judge Madeline Hughes Haikala on 8/11/2020. (YMB) (Entered: 08/11/2020) |
| 08/12/2020 | 18 | RESPONSE in Opposition re 14 MOTION to Dismiss for Lack of Jurisdiction filed by KGS Steel Inc. (Attachments: # 1 Exhibit Ex. 1)(Pantazis, Patrick) (Entered: 08/12/2020) |
| 08/19/2020 | 19 | REPLY Brief filed by Defendant Bentley Steel Inc re: 18 Response in Opposition to Motion *to Dismiss for Lack of Personal Jurisdiction* filed by Bentley Steel Inc. (Johnson, John) (Entered: 08/19/2020) |
| 08/31/2020 | 20 | *Counter Defendant KGS Steel, Inc.* ANSWER to Counterclaim , *Counter Defendant KGS Steel, Inc.* ANSWER to Third Party Complaint by KGS Steel Inc, Gaston Stein.(Lowell, Craig) (Entered: 08/31/2020) |
| 08/31/2020 | 21 | MOTION to Dismiss *Count II of Verified Counterclaim and Third−Party Complaint Against KGS Steel, Inc. and Gaston Stein* by KGS Steel Inc, Gaston Stein. (Lowell, Craig) (Entered: 08/31/2020) |
| 09/03/2020 | 22 | TEXT ORDER: KSG Steel, Inc. and Gaston Stein have asked the Court to dismiss Count II of Mr. McCandless's verified counterclaim and third−party complaint. (Doc. 21 ). The Court has reviewed the factual allegations that support Count II of Mr. McCandless's counterclaim. Those factual allegations are sufficient to satisfy the heightened pleading standard of FRCP 9(b). Mr. McCandless's factual allegations are not mere conclusions but statements of specific facts describing the who, how, when, and where of the alleged fraudulent conduct. With respect to documentation, Mr. McCandless explains how he documented the sale of scrap, where he maintained the documentation, and what he believes happened to the documentation. (Doc. 11 , p. 15). Therefore, the Court denies the motion to dismiss Count II of Mr. McCandless's counterclaim. Signed by Judge Madeline Hughes Haikala on 9/3/2020. (KEK) (Entered: 09/03/2020) |
| 09/04/2020 | 23 | *Third−Party Defendant Gaston Stein's* ANSWER to Counterclaim *and Third−Party Complaint*, ANSWER to Third Party Complaint by KGS Steel Inc, Gaston Stein.(Lowell, Craig) (Entered: 09/04/2020) |
| 09/10/2020 | 24 | MOTION to Dismiss for Lack of Jurisdiction by Randall A Duke. (Humphries, Thomas) (Entered: 09/10/2020) |
| 09/10/2020 | 25 | TEXT ORDER: Randall Duke moves to dismiss for lack of personal jurisdiction under Rule 12(b)(2). (Doc. 24 ). On or before September 24, 2020, KGS Steel, Inc. shall file a response; Randall Duke may file a reply on or before October 1, 2020. Signed by Judge Madeline Hughes |

| | | |
|---|---|---|
| | | Haikala on 9/10/2020. (KAM) (Entered: 09/10/2020) |
| 09/10/2020 | 26 | NOTICE of Appearance by Thomas B Humphries on behalf of Randall A Duke (Humphries, Thomas) (Entered: 09/10/2020) |
| 09/10/2020 | 27 | NOTICE of Appearance by Barry A Ragsdale on behalf of Randall A Duke (Ragsdale, Barry) (Entered: 09/10/2020) |
| 09/18/2020 | 28 | MOTION for Leave to Appear –Verified Motion for Admission Pro Hac Vice for Christina R.B. Lopez by Randall A Duke. (Humphries, Thomas) (Entered: 09/18/2020) |
| 09/18/2020 | | PHV Fee paid: $ 75, receipt number 1126–3674456. (Humphries, Thomas) (Entered: 09/18/2020) |
| 09/18/2020 | 29 | MOTION for Leave to Appear – Verified Motion for Admission Pro Hac Vice for Michael G. Abelow by Randall A Duke. (Humphries, Thomas) (Entered: 09/18/2020) |
| 09/18/2020 | | PHV Fee paid: $ 75, receipt number 1126–3674465. (Humphries, Thomas) (Entered: 09/18/2020) |
| 09/24/2020 | 30 | RESPONSE in Opposition re 24 MOTION to Dismiss for Lack of Jurisdiction filed by KGS Steel Inc, Gaston Stein. (Lowell, Craig) (Entered: 09/24/2020) |
| 09/25/2020 | 31 | NOTICE by Randall A Duke re 28 MOTION for Leave to Appear –Verified Motion for Admission Pro Hac Vice for Christina R.B. Lopez , 29 MOTION for Leave to Appear – Verified Motion for Admission Pro Hac Vice for Michael G. Abelow *(Notice of Filing Certificates of Good Standing for Michael G. Abelow and Christina Lopez)* (Humphries, Thomas) (Entered: 09/25/2020) |
| 09/29/2020 | 32 | TEXT ORDER: The Court grants Attorney Thomas Humphries' motions to admit Michael G. Abelow and Christina R.B. Lopez *pro hac vice* in this action. (Docs. 29 , 28 ). Signed by Judge Madeline Hughes Haikala on 9/29/2020. (YMB) (Entered: 09/29/2020) |
| 09/30/2020 | 33 | REPLY Brief filed by Defendant Randall A Duke re: 24 MOTION to Dismiss for Lack of Jurisdiction filed by Randall A Duke. (Humphries, Thomas) (Entered: 09/30/2020) |
| 10/12/2020 | 34 | Joint MOTION for Extension of Time *(Joint Motion to Extend Deadlines as to Initial Disclosures and Rule 26(f) Obligations)* by Randall A Duke. (Humphries, Thomas) (Entered: 10/12/2020) |
| 10/13/2020 | 35 | TEXT ORDER: The Court grants the parties' joint motion for extension of time. (Doc. 34 ). The parties shall conduct a Rule 26(f) meeting within 30 days after the Court rules on the pending Motions to Dismiss in this action. Signed by Judge Madeline Hughes Haikala on 10/13/2020. (YMB) (Entered: 10/13/2020) |
| 10/19/2020 | 36 | TEXT ORDER: Before the Court are Bentley Steel and Mr. Duke's motions to dismiss for lack of personal jurisdiction. (Docs. 14 , 24 ). The Court sets these motions for a telephone conference on Thursday October 22, 2020 at 1:30 p.m. CST. Counsel of record shall please dial (877) 873–8018 and enter access code 5313999 to participate in the call. Signed by Judge Madeline Hughes Haikala on 10/19/2020. (KEK) (Entered: 10/19/2020) |
| 10/22/2020 | | Minute Entry for proceedings held before Judge Madeline Hughes Haikala: Telephonic Motion Hearing held on 10/22/2020 re 24 MOTION to Dismiss for Lack of Jurisdiction filed by Randall A Duke. (Court Reporter Leah Turner.) (YMB) (Entered: 10/22/2020) |
| 10/22/2020 | 37 | ORDER – For the reasons discussed during the October 22, 2020 telephone conference in this matter, and with the consent of all the parties, the Court asks the Clerk of Court to please transfer this case to the United States District Court for the Middle District of Tennessee pursuant to 28 U.S.C. § 1406. Signed by Judge Madeline Hughes Haikala on 10/22/2020. (KEK) (Entered: 10/22/2020) |